UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Canadian National Railway Company, a Canadian Corporation**<br><br>        PLAINTIFF,<br><br>vs.<br><br>**Interstate Commodities, Inc, a New York Corporation**<br><br>        **DEFENDANT.** | CASE NO.  1:19-cv-1576 (BKS/CFH)<br><br>CIVIL ACTION<br><br>COMPLAINT |

Plaintiff, Canadian National Railway Company (hereinafter "CN"), a Canadian Corporation by way of Complaint against defendant, Interstate Commodities, Inc. says:

1. The Court obtains jurisdiction over Count 1 in this matter pursuant to 28 USCA 1337 (a) and 49 USCA 10743 (a) being a suit for interstate freight and transportation charges and over count 2 in this matter for rail car repair charges pursuant 28 USCA 1332 (a) being a suit between a Canadian corporation whose principal place of business is Montreal, Quebec Canada and New York Corporation whose principal place of business is in Troy, New York for an amount in excess of $75,000.00.

2. Plaintiff CN is a Canadian Corporation with its principal place of business at 935 de la Gauchetiere Street West, Montreal, Quebec Canada and is an interstate railroad doing business through itself and its subsidiaries in the United States and Canada.

3. Plaintiff and its connecting carriers at all times mentioned were common carriers by railroad engaged in interstate commerce and doing business in the United States and Canada.

4. Defendant, Interstate Commodities, Inc. is a New York Corporation with its principal place of business at 7 Madison Street, Troy, New York 12181.

## COUNT 1

5. The subject matter of this Count 1 stems from charges for the movement of freight assessed under Tariff CN 559125 performed by CN.

6. At all times between May 2019 and December 2019, CN assessed tariff charges for the transportation services moving empty rail cars on their own wheels as noted in paragraph 5 above. The Statement of invoices for these services are listed as noted in Exhibit A annexed to this Complaint.

7. Pursuant to CN Tariff 559125 and Fuel Charges there accrued to CN transportation charges in the sum of $33,087.11 US Dollars.

8. Plaintiff gave notice to the defendant of the services it provided pursuant to its tariff and demanded payment for the charges. Defendant has neither paid nor disputed the charges assessed.

9. These charges were billed, and payment demanded for the services rendered by CN to the defendant at defendant's Troy NY's office from where bills have always been disputed and/or paid; however, the defendant has failed and refused to pay the bills noted in Count 1 of this Complaint.

## COUNT 2

10. The court obtains jurisdiction for Count 2 of this complaint pursuant to 28 USC§ 1332. Plaintiff is a Canadian corporation with its principal place of business in Montreal, Quebec, Canada. Defendant is a New York Corporation with its principal place of business in Troy, New York. There is more than $75.000 USD in controversy in this Count.

11. Between December 2018 and December 2019, Plaintiff CN performed repairs on defendant's privately owned railcars pursuant to the Association of American Railroads (AAR) Interchange Rules to which plaintiff and defendant are a party.

12. Their accrued to the plaintiff $284,639.54 USD for the repairs made to defendant's railcars.

13. Plaintiff gave notice to the defendant of the services it provided pursuant to its tariff and demanded payment for the charges.  Defendant has neither paid nor disputed the charges assessed.

14. These charges were billed, and payment demanded for the services rendered by CN to the defendant where bills have always been disputed and/or paid; however, the defendant has failed and refused to pay the bills noted in this complaint.

**WHEREFORE,** plaintiff CN demands that judgment against defendant Interstate Commodities Inc. be entered on this Complaint in the amount of $317,726.65 US Dollars, plus any additional charges which may be due at the time of hearing, together with costs and disbursements of the Complaint.

Dyer & Peterson, PC
Attorneys for Canadian National Railway Company

By: /s/ John K. Fiorilla
John K. Fiorilla, Esq.
322 US Highway 46
Suite 220E
Parsippany, NJ 07054
973-419-6124
jfiorilla@dyerpeterson.com

Date: December 19, 2019